HILDA L. MYERS, Plaintiff, v. FRANCIS S. MYERS, Defendant.— Motion to refer all proceedings subsequent to the entry of the judgment by the Official Referee to the Special Term for hearing and determination granted. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.

GOLD MEDAL FARMS, INC., Plaintiff, v. RUTLAND COUNTY CO-OPERATIVE CREAMERY, INC., et al., Defendants.— Application for a stay for a period of 30 days granted. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.

## (December 10, 1958)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEOPOL INGBER, Respondent, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion to dismiss appeal denied, without costs and without prejudice to its renewal upon the argument of the appeal herein, or upon failure of appellant to perfect the appeal and be ready for argument at the February 1959 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.